**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION**

FILED
U.S. DISTRICT COURT SAVANNAH DIV.

2020 FEB -3 PM 12: 17

CLERK_____
SO. DIST. OF GA.

ROBERT FOOSE, JR.,                )
                                  )
        Plaintiff,                )
                                  )
v.                                )        CASE NO. CV419-157
                                  )
AETNA LIFE INSURANCE              )
COMPANY,                          )
                                  )
        Defendant.                )
_____)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 7.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _3rd_ day of February 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA